IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEXI ZAMORA-CHONA,<br><br>                Defendant. | 8:24CR196<br><br><br>**ORDER** |

## WEBEX CASE CONFERENCE INSTRUCTIONS

**IT IS ORDERED:**

1. The telephone conference with counsel regarding status conference (Filing No. 76) will be held on **December 19, 2025**, **at 10:30 a.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

    Dial 1-855-244-8681

    Enter the access code **2310 651 8366**, then hit the # key.

Dated this 25th day of November, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge